AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 18 2022
at 4 o'clock and 00 min. P M
CLERK, U.S. DISTRICT COURT
LS

Darren Silva
_Petitioner_

v.

Case No. CV22 00185 LEK WRP
_(Supplied by Clerk of Court)_

Estela Derr
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Darren Silva
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FDC Honolulu
   (b) Address: P.O. Box 30080
                Honolulu, Hawaii 96820
   (c) Your identification number: 14490-022
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court for the District of Hawaii, Honolulu, Hawaii
   (b) Docket number of criminal case: 1:12CR00275-001
   (c) Date of sentencing: 4/29/2013
   ☐ Being held on an immigration charge
   ☐ Other (explain):

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Received By Mail
Date APR 18 2022

FSC, BLANK IFP, D.O,
HANDBOOK MAILED
4/19/22. LS

Page 2 of 9

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:  FDC Honolulu, Honolulu, Hawaii

   (b) Docket number, case number, or opinion number:  1115120-F1
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   The Petitioner submitted an administrative remedy that was rejected and not addressed. The filing (BP-9) was rejected without processing which makes it impossible to proceed with the administrative remedy process.
   (d) Date of the decision or action: March 29, 2022

   **Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal:  The Petitioner was not given the necessary documents to appeal the rejection and as told by Mr. Kris Robl to inmates on April 1, 2022, he would not pass out necessary documentation or process administrative remedies for inmates in unit 5A (the Petitioner's unit).

8. After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☒ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
      ☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes      ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Respondent and her staff (Kris Robl, Jessica Schlesinger, etc.) refuse to process administrative remedies.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Respondent's staff rejected the submission of the Petitioner's BP-9 administrative remedy without considering the request by the Petitioner. The Respondent has developed a policy of thwarting the administrative remedy process that is the only recourse that inmates have within the Bureau of Prisons and set forth in C.F.R. 542.10. This is evidenced by 26 federal filings (cases) in the District of Hawaii by inmates.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** The Petitioner's Initial Needs Sheet has errors that the FDC Honolulu staff acknowledge need to be changed. The staff is offering to make these changes but not until the Petitioner's next team meeting. This delay affects the Petitioner's accumulation of First Step Act Time Credits.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The FDC Honolulu staff (Kris Robl) acknowledged the error in the BP-8 that the Petitioner received on 3/21/2022. However, the simple change (a notation of the Petitioner's Initial Needs Page) will be delayed. This is a willful attempt to deprive the Petitioner Time Credit that would release him from FDC Honolulu sooner than the Respondent would like. The Respondent has attempted to deny other inmates in a similar fashion.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

## Request for Relief

15. State exactly what you want the court to do:   Order the Respondent to make the simple corrections that will allow the Petitioner to accumulate First Step Act Time Credits (as afforded the Petitioner by law) AND Order the Respondent and her staff (Kris Robl) to follow the four-level administrative remedy process promulgated by the Bureau of Prisons per C.F.R. 542.10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
April 14, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   April 14, 2022

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any